UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LEWIS DOMINIC SHAW,

    Plaintiff,

  v.

L. THOMAS, et al.,

    Defendants.

Case No. 17-cv-00462-YGR (PR)

**ORDER GRANTING PLAINTIFF EXTENSION OF TIME TO PROVIDE REQUIRED INFORMATION NECESSARY TO LOCATE DEFENDANTS HANSEN AND DORFMAN**

Plaintiff, a state prisoner, filed the present *pro se* prisoner complaint under 42 U.S.C. § 1983. Thereafter, the Court issued its Order of Service.

Service has been ineffective on Defendants M. Hansen and Dorfman. In an Order dated September 26, 2017, Plaintiff was directed to provide the Court with the required information necessary to locate these Defendants. Dkt. 38. He was also informed that the failure to do so shall result in the dismissal of all claims against these Defendants.

Plaintiff has filed a request for an extension of time to provide the Court with the required information necessary to locate these Defendants.[1] Dkt. 41. Having read and considered Plaintiff's request, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's request for an extension of time is GRANTED. The time in which Plaintiff may provide the Court with the required information necessary to locate these Defendants will be extended up to and including **December 15, 2017.** Failure to do so by the new deadline shall result in the dismissal of all claims against these Defendants.

This Order terminates Docket No. 41.

IT IS SO ORDERED.

Dated: November 17, 2017

                        YVONNE GONZALEZ ROGERS
                        United States District Court Judge

---

[1] Plaintiff also requests an extension of time to provide the Court with the required information necessary to locate Defendant D. George. *See* Dkt. 41. However, the Court considers such a request as moot because the record shows that Defendant George has been served and has since filed an answer to the complaint. Dkt. 42.