IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LEWIS DOMINIC SHAW,**<br><br>Plaintiff,<br><br>v.<br><br>**L. THOMAS, et al.,**<br><br>Defendants. | Case No. 17-cv-00462-YGR (PR)<br><br>[**PROPOSED**] **ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION** |

Defendants N. Adam, D. Alpaugh, B. Fellows, D. George, N. Ikegbu, D. Jacobsen, M. McLean, S. Risenhoover, M. Sayre, L. Thomas, and D. Venes (Defendants) filed a motion to change the Court's deadline to file a dispositive motion, from November 14, 2017 to January 15, 2018. The Court has read and considered Defendants' motion and the accompanying declaration of counsel, and finds that good cause exists to grant the motion.

Accordingly, Defendants' motion to change time to file a dispositive motion is GRANTED. The time for Defendants to file their motion is changed to **January 15, 2018**. Plaintiff's opposition to Defendants' motion must be served and filed no more than **twenty-eight (28) days** after the Defendants' motion is served and filed. Defendants' reply, if any must be served and filed no more than **fourteen (14) days** after Plaintiff's opposition is entered in the Court's docket.

The motion shall be deemed submitted as of the date the reply is filed.

The Court notes that this is the first extension in this case. The granting of regular requests for extension should not be expected.

IT IS SO ORDERED.

Dated: November 17, 2017

THE HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA