IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **LEWIS DOMINIC SHAW,**<br><br>Plaintiff,<br><br>v.<br><br>**L. THOMAS, et al.,**<br><br>Defendants. | Case No. 17-cv-00462-YGR (PR)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' SECOND MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION** |

Defendants N. Adam, D. Alpaugh, B. Fellows, D. George, N. Ikegbu, D. Jacobsen, M. McLean, S. Risenhoover, M. Sayre, L. Thomas, and D. Venes (Defendants) filed a second motion to change the deadline to file a dispositive motion, from January 15, 2018 to March 1, 2018. The Court has read and considered Defendants' motion and the accompanying declaration of counsel, and finds that good cause exists to grant the motion.

Accordingly, Defendants' second motion to change time to file a dispositive motion is GRANTED. The time for Defendants to file their motion is changed to **March 1, 2018**. Plaintiff's opposition to Defendants' motion must be served and filed no more than **twenty-eight (28) days** after the Defendants' motion is served and filed. Defendants shall file their reply no

))

more than **fourteen (14) days** after Plaintiff's opposition is entered in the Court's docket. The motion shall be deemed submitted as of the date the reply is filed.

The Court notes that this is the second extension in this case. The granting of regular requests for extension should not be expected.

IT IS SO ORDERED.

Dated: January 19, 2018

*[signature]*
THE HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA