UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS DOMINIC SHAW,<br><br>    Plaintiff,<br><br>v.<br><br>L. THOMAS, et al.,<br><br>    Defendants. | Case No. 17-cv-00462-YGR (PR)<br><br>**JUDGMENT** |

For the reasons set forth in this Court's Order Denying Plaintiff's Request for a Continuance Pursuant to Federal Rule of Civil Procedure 56(d); and Granting Defendants' Motion for Summary Judgment,

IT IS ORDERED AND ADJUDGED

That pursuant to the Court's Order granting Defendants' motion for summary judgment, judgment is hereby entered in favor of the named Defendants against whom Plaintiff alleged his claim of deliberate indifference to serious medical needs, and against Plaintiff.

That pursuant to the Court's Order granting Defendants' motion for summary judgment, the remaining retaliation claim in this action be dismissed in accordance with the Court's Order.

And that each party bear its own costs of action.

Dated: January 10, 2018

_____
YVONNE GONZALEZ ROGERS
United States District Judge